THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN: 256535)
Email: Cameron@Sehatlaw.com
Sarah Kahn, Esq. (SBN: 341901)
Email: Sarah.K@Sehatlaw.com
5100 Campus Dr. Suite 200
Newport Beach, CA 92660
Telephone: (949) 825-5200
Attorneys for Plaintiff Kyla Skye Staniskis

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEORGE TATER, individually; KYLA SKYE STANISKIS, individually and as Personal Representative of the Estate of SHANNON MICHELLE TATER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HUNTINGTON BEACH, a Governmental Entity; STEFANI WILLIAMS, individually; MICHAEL WAGNER, individually; NICOLE SHOGREN, individually; KELLI HERRERA, individually; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01772-MEMF-JDE<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong<br><br>**SEHAT LAW FIRM'S REQUEST TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF MICHAEL GEORGE TATER; MEMORANDUM OF POINTS AND AUTHORITIES** |

## NOTICE OF MOTION AND MOTION TO WITHDRAW

TO ALL PARTIES AND THEIR ATTORNIES OF RECORD:

1

PLEASE TAKE NOTICE that at the above time and date, or as soon thereafter as the matter may be heard in the above-captioned Court, attorneys from THE SEHAT LAW FIRM, PLC, including Cameron Sehat and Sarah Kahn, will move and hereby do move, pursuant to California Rule of Professional Conduct 3-700 and Central District Local Rule 83-2.3.2, for an order permitting them to withdraw as counsel of record for Plaintiff MICHAEL TATER in the above-captioned matter and to continue the trial and all trial-related deadlines as the court deems necessary and appropriate under the circumstances.

PLEASE TAKE FURTHER NOTICE that in connection with this Motion, THE SEHAT LAW FIRM, PLC and attorneys Cameron Sehat and Sarah Kahn rely on this Notice of Motion, the Motion to Withdraw as Counsel, the Memorandum of Points and Authorities in Support filed thereof, all papers and pleadings filed in these actions, and such other evidence that may be presented to the Court.

Dated: September 30, 2022               THE SEHAT LAW FIRM, PLC

                                        _____
                                        Cameron Sehat
                                        Sarah Kahn

# MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to California Rule of Professional Conduct 3-700 and Central District Local Rule 83-2.3.2, THE SEHAT LAW FIRM, PLC and attorneys Cameron Sehat and Sarah Kahn (collectively "Counsel") hereby move this Court for an order permitting them to withdraw as counsel of record for Plaintiff MICHAEL GEORGE TATER in the above-captioned matter and state, in support thereof, as follows:

## BACKGROUND INFORMATION

Plaintiff's counsel entered into a retainer agreement with MICHAEL TATER but was no longer representing him at the time the complaint was filed. Michael Tater was listed as, and all parties believed him to be, a pro per plaintiff in the Complaint. Subsequently, Murrin Law Office became MICHAEL TATER's counsel and represented him. Due to "substantial and irreconcilable differences of opinion concerning the course and scope of representation," Murrin Law requested and was granted leave to withdraw as MICHAEL TATER's counsel on December 8, 2021 (Docket 55). At that time, MICHAEL TATER resumed representing himself pro per.

At no time during the duration of the case, between the filing of the complaint and present day, did THE SEHAT LAW FIRM, PLC, represent MICHAEL TATER. However, the firm attempted to assist in keeping MICHAEL TATER's claim alive by asking him to join Plaintiff Kyla Staniskis' Opposition to Motion for Summary Judgement. In doing so, THE SEHAT LAW FIRM, PLC, inadvertently indicated to the court that THE SEHAT LAW FIRM, PLC represented MICHAEL TATER.

### Good Cause exists to relieve Counsel from Representation

Counsel is bringing forth this motion under L.R. 83-2.3.5 which allows for Plaintiff's counsel to withdraw from representation with leave of court and for good cause. Counsel represents to this court that good cause exists, however, due to his duties of confidentiality, cannot divulge attorney client-communication.

This motion is also being brought forth under California Professional Conduct Rules (CRPC) 3-700, which allows for withdrawal from representation based on various reasons to which Counsel cannot disclose, again due to the duty of confidentiality he is bound to between he and MICHAEL TATER.

### Client consents to Withdrawal-CRPC 3-700 (C)(5)

THE SEHAT LAW FIRM, PLC notified Plaintiff MICHAEL TATER pursuant to the Court's Order, Docket 100, on Monday, September 26, 2022 of his intention to withdraw from termination, and the reasons thereof. Prior to that, THE SEHAT LAW FIRM confirmed with MICHAEL TATER by phone several times, including before and after filing the Opposition to Summary Judgement, that the firm did not represent MICHAEL TATER and he was proceeding pro per.

As such, this motion is additionally brought forth under section 3-700 (C)(5) of the California Professional Conduct Rules.

### CONCLUSION

Therefore, THE SEHAT LAW FIRM, PLC respectfully requests the court for leave to withdraw from representation of MICHAEL TATER.

DATED: September 30, 2022            By: _/s/ Cameron Sehat_____
                                          Cameron Sehat
                                          Sarah Kahn

4